IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JERETT J. JUSTUS,

    **Plaintiff,**

v.                                        Case No. 1:22-cv-341-AW-ZCB

TOM HORNE, et al.,

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Jerett Justus, a pro se plaintiff, filed a "Motion for Relief," seeking an order directing "defendants and all staff at the Levy County jail [to] stop retaliating against [him]." ECF No. 24. The magistrate judge properly treated it as a motion for preliminary injunction and recommended denial. ECF No. 25. Justus has filed no objection to the report and recommendation.

Having carefully considered the matter, I agree with the magistrate judge. Justus has not shown entitlement to any preliminary injunctive relief. The report and recommendation (ECF No. 25) is adopted and incorporated into this order. The motion (ECF No. 24) is DENIED.

The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on September 5, 2023.

                                              s/ *Allen Winsor*
                                              United States District Judge